**1080**

it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

Joe KENNEDY, as successor in interest and a personal representative of the Estate of Ellen Marie Kennedy; Shawn Kennedy; Eric Kennedy; Shannon Kennedy, by and through her parent and guardian Joe Kennedy; and Chad Kennedy, by and through his parent and guardian Joe Kennedy, Plaintiffs–Appellants,

v.

SOUTHERN CALIFORNIA EDISON COMPANY; Combustion Engineering, Inc., Defendants–Appellees.

No. 98–56157.

United States Court of Appeals, Ninth Circuit.

Filed Sept. 19, 2001

Before: BOOCHEVER, HAWKINS, and THOMAS, Circuit Judges.

The Opinion filed July 20, 2000, and appearing at 219 F.3d 988 (9th Cir.2000), is withdrawn.

Mark Steven VAN BUSKIRK, Petitioner–Appellant,

v.

George H. BALDWIN, Respondent–Appellee.

No. 00–35640.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 9, 2001

Filed June 28, 2001

Amended Sept. 24, 2001

